## THE ADAMS EXPRESS COMPANY

*v.*

## MARVIN JONES.

NEW TRIAL.—*verdict against the evidence.*   The judgment in this case was reversed because the verdict was not supported by the evidence.

APPEAL from the Circuit Court of Marion county ; the Hon. SILAS L. BRYAN, Judge, presiding.

This was an action brought by Jones against the Adams Express Company, to recover damages for the non-delivery of a lot of trees received by the defendants to be transported from Shoals, in the State of Indiana, to Odin, in this State.   The plaintiff recovered a judgment in the court below, and the defendants appealed.

Mr. H. K. S. O'MELVENY, for the appellants.

Mr. CHIEF JUSTICE BREESE delivered the opinion of the Court :

This judgment must be reversed for the following reasons : The great preponderance of the evidence is, that the trees were dead and worthless when delivered at Shoals, Indiana, for carriage by the express company to Odin, in this State.   There is no proof in the record of the value of these trees, if living trees, and suitable for transplanting.   The plaintiff recovered a verdict for one hundred and twenty-six dollars, when not a particle of proof was before the jury that they were worth any particular sum.   Nor was there any proof what the trees were worth, at the place they were shipped.   The verdict is without evidence on this very material point, and the judgment rendered upon it must be reversed.

*Judgment reversed.*